# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DJUAN PRESTON WILLIAMS,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **SKF USA Inc., et al.,** ) <br> ) <br> **Defendants.** ) | Case No. CIV-22-154-R |

## ORDER

Plaintiff, appearing *pro se*, seeks leave to proceed *in forma pauperis*, that is without prepayment of fees or costs. Pursuant to 28 U.S.C. § 636(b)(1)(B) the Court referred Plaintiff's Motions (Doc. Nos. 2 and 6) to United States Magistrate Judge Amanda Maxfield Green. On March 28, 2022, Judge Green issued a Report and Recommendation wherein she recommended that Court grant in part and deny in part the motion and order Plaintiff to make partial filing fees on a schedule, with an initial payment of $52.00 and payments of $50.00 per month thereafter. Plaintiff has not objected to the Report and Recommendation nor sought an extension of time in which to object. Accordingly, the Report and Recommendation is hereby ADOPTED in its ENTIRETY and the Motions for Leave to Proceed in District Court with Prepaying Fees or Costs are GRANTED IN PART AND DENIED IN PART. Plaintiff shall tender his first payment of $52.00 to the Clerk of Court not later than May 9, 2022. Payments of $50.00 shall be made on the first of each month thereafter. Failure to timely to tender payment shall result in dismissal of the action without further notice. Additionally, not withstanding any payment Plaintiff may tender, the action may be subject to dismissal as frivolous or other grounds upon screening by the Court.

5

**IT IS SO ORDERED** this 26th day of April 2022.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE